IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

GARY SELF,

    Plaintiff,

v().                            CIVIL ACTION FILE
                              NO. 4:15-CV-0017-HLM

SYNCHRONY BANK, formerly
known as GE Capital Retail
Bank,

    Defendant.

## ORDER

This case is before the Court on the Court's own Motion.

On August 14, 2015, Plaintiff filed a Notice indicating that the Parties had reached an agreement to settle this action. (Docket Entry No. 14.) The Court finds that it is appropriate to direct the Clerk to administratively terminate the case, pending the Parties' filing of a notice of voluntary dismissal.

ACCORDINGLY, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** this action. If the Parties do

AO 72A
(Rev.8/8

not ultimately succeed in finalizing their settlement, they may request that the Court reopen this action.

IT IS SO ORDERED, this the 14th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE