# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

_____

Gary Self,

          Plaintiff,

    v.

Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive,

          Defendant.

_____

CIVIL ACTION NO.:  4:15-cv-00017-HLM

## **STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Gary Self and Defendant, Synchrony Bank f/k/a GE Capital Retail Bank, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR 41.1 (N.D. Ga.). Plaintiff Gary Self dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 12th day of October, 2015.

| **LEMBERG LAW, LLC** | **DICKENSON GILROY LLC** |
|---|---|
| <u>/s/ Sergei Lemberg, Esq.</u><br>Sergei Lemberg, Esq.<br>Attorney Bar No.: 598666<br>*Attorney for Plaintiff Gary Self*<br><br>1100 Summer Street<br>Third Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250 ext. 5500<br>Facsimile: (888) 953-6237<br>Email: slemberg@lemberglaw.com | <u>/s/ Monica K. Gilroy, Esq.</u><br>Monica K. Gilroy, Esq.<br>Tania T. Trumble, Esq.<br>*Attorneys for Defendant Synchrony Bank f/k/a GE Capital Retail Bank*<br><br>3780 Mansell Road, Suite 140<br>Alpharetta, Georgia 30022<br>Telephone:  (678) 280-1922<br>Facsimile:  (678) 280-1923<br>Email: mkg@gilroyfirm.com<br>Email: ttt@gilroyfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Monica K. Gilroy, Esq.
Tania T. Trumble, Esq.
DICKENSON GILROY LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
*Attorney for Defendant Synchrony Bank f/k/a GE Capital Retail Bank*

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiff